# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, D.C. KING, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ETHAN H. CHAVIRA**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400239**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 16 April 2014.
**Military Judge**: LtCol C.M. Greer, USMC.
**Convening Authority**: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations East-Marine Corps Base, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: LtCol M.D. Hale, USMC.
**For Appellant**: Maj Michael Berry, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**28 August 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court